UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| MELISSA COSSABOOM f/k/a MELISSA COLLINS, ANN ADAIR HATCH, and JOEL HUGHES, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br>   -against-<br><br>NVR, INC. and NVR MORTGAGE FINANCE, INC.,<br><br>    Defendants. | Case No. 9:21-cv-80627-AMC |

**DECLARATION OF ANN ADAIR HATCH**

1. I was employed by NVR, Inc. and/or NVR Mortgage Finance, Inc. ("NVR") from approximately June 2015 to November 2019 as a Loan Employee.[1]  I was employed as a Loan Processor at NVR's location in Fairfax, Virginia from approximately June 2015 to June 2016. Then, I was employed as a Loan Officer at NVR's location in Fairfax, Virginia from approximately June 2016 to June 2017.  While in Fairfax, Virginia I worked with approximately 15 or more Loan Officers and 20 or more Loan Processors at that location.  I then transferred to NVR's location in West Palm Beach, Florida where I continued to be employed as a Loan Officer from approximately June 2017 to November 2019.  I worked with approximately five Loan Officers and three Loan Processors at the West Palm Beach, Florida location.

2. As a Loan Employee, I was classified as non-exempt and eligible to receive overtime pay.  It is my understanding that all Loan Employees are classified as non-exempt and eligible to receive overtime pay.

---

[1] "Loan Employee" means Loan Officer or Loan Processor.

3. In addition to my base pay, I was also eligible to receive commissions.

**Duties as a Loan Employee**

4. As a Loan Employee, my job was to assist NVR homebuyers with the mortgage application process. My duties generally included speaking with customers to collect the information required by NVR for a loan, collecting required documents, and submitting the loan paperwork to NVR's underwriting department for approval.

5. When I was hired, I participated in training in Reston, Virginia. There were approximately 20 to 30 Loan Employees from various locations at that training. I understand that all Loan Employees undergo similar training.

6. When I moved from one NVR location to another or assisted at another NVR location, I did not require additional training before doing so. I performed the same job functions at each of the NVR locations at which I worked.

7. The job functions I performed as a Loan Officer were primarily the same as those I performed as a Loan Processor.

**Off-the-Clock Work**

8. As a Loan Employee, while I did not have a set schedule, NVR told me I had work a minimum of 40 hours per week.

9. Even though I was required to work at least 40 hours, I regularly worked more than 40 hours per week and through uncompensated meal breaks.

10. Including my time worked during normal business hours, time worked outside of my scheduled work hours, and time worked during unpaid meal breaks, I estimate that I typically worked an average of 60 hours per week or more throughout my employment with NVR. NVR's pay records should reflect the number of hours for which it paid me, but not the total hours I actually worked.

11. Some of the overtime hours I worked for NVR was from home. NVR provided Loan Employees with company-issued laptops and/or smartphones for work performed out of the office. In fact, NVR provided me with a company issued laptop and smartphone so that I could continue performing work from home. For example, because I was responsible for connecting with home buyers at various times throughout the day and evening at their convenience to collect necessary information and documentation to process their loan, I often had to work from home after regular business hours to facilitate NVR's customers' schedules.

12. My supervisors, including Carey Staley (Branch Manager), Shane Heskett (Sales Manager), and Norman Lajewski (Sales Manager), as well as Victoria Imhoff (Sales Manager for Ryan Homes), communicated with me via phone calls, texts, and email outside of regularly scheduled work hours regarding work-related matters. Additionally, my supervisors were regularly made aware of the long hours I frequently put in to complete my job duties, despite not being paid for that work. For example, attached is Exhibit A is a true and correct copy of an internal email from August 7, 2019 in which Victoria Poquette, then a Senior Sales & Marketing Representative with Ryan Homes (an NVR company) acknowledged to Mr. Lajewski, Ms. Staley, and Ms. Imhoff my "contribution to [the] team" by "stay[ing] until around 7 pm through [an] entire contract to make sure everything was moving forward." Despite this email, I do not believe I was paid for these overtime hours worked. Likewise, attached as Exhibit B is a true and correct copy of an internal email from July 10, 2018 in which one of NVR's customers wrote to Ms. Staley to show her appreciation for the "2 hour phone call after hours" in which I "listened and took the time to address all of [her] questions." Again, I do not believe I was paid for these overtime hours worked.

13. The performance demands NVR placed on Loan Employees required that I perform work outside of my scheduled 40-hour workweek. While I knew I was unfairly denied overtime

for the off-the-clock overtime hours that I was working, these additional off-the-clock overtime hours were necessary to meet the demands of my job, and otherwise helped me, make my commissions goals and earn commission compensation.

**Timekeeping and Unpaid Overtime**

14. NVR required me and other Loan Employees to record hours using timesheets. Absent occasional circumstances in which overtime was pre-approved, NVR prohibited us from recording more than 40 hours. Additionally, we were prohibited from reflecting on our timesheets the time we regularly worked during uncompensated meal breaks.

15. Because of NVR's policy of prohibiting the recording of overtime hours absent rare circumstances, I frequently submitted time sheets with eight-hour blocks of time for the days on which I worked, regardless of the hours I actually worked. I prepared these timesheets typically once per week as opposed to daily. I sometimes even entered time in eight-hour blocks for dates in the future, yet to be worked.

16. I understood that NVR maintained labor budgets to control the amount it paid employees. As a result, it was NVR's policy to prohibit Loan Employees from recording overtime hours without approval.

17. Approval for overtime was rarely granted. Even on those rare circumstances in which it was granted, it was limited and insufficient to cover all of the overtime hours I actually needed to work, resulting in continued, unrecorded and uncompensated overtime hours worked.

18. I believed that I would have been reprimanded or otherwise disciplined if I recorded all the hours I worked because recording more than 40 hours per week without approval was in violation of NVR's policy, and pre-approval was rare, difficult to obtain, and generally insufficient to cover all hours worked.

19. I also believed that I would have been reprimanded or otherwise disciplined if I failed to complete all the work expected of me even when I was unable to complete that work in 40 hours or less per week.

**Other Loan Employees Similar to Me**

20. Other Loan Employees performed similar duties as me. I know this because I worked alongside other Loan Employees, such as Manuel Perez (Loan Officer) (West Palm Beach, Florida), Gloria Locke (Loan Officer) (West Palm Beach, Florida), Maria Hun (Loan Officer) (West Palm Beach, Florida), Giovanni Alfonso (Loan Officer) (West Palm Beach, Florida), Erica Smith (Loan Processor) (West Palm Beach, Florida), Angelica Colon (Loan Processor) (West Palm Beach, Florida), Samantha Torres (Loan Processor) (West Palm Beach, Florida) and Spencer Wiles (Loan Processor) (West Palm Beach, Florida). Further, we participated in conference calls during which we were instructed on NVR's expectations of us, regardless of location.

21. Other Loan Employees, including Manuel Perez (Loan Officer) (West Palm Beach, Florida), Gloria Locke (Loan Officer) (West Palm Beach, Florida), Maria Hun (Loan Officer) (West Palm Beach, Florida), Giovanni Alfonso (Loan Officer) (West Palm Beach, Florida), Erica Smith (Loan Processor) (West Palm Beach, Florida), Angelica Colon (Loan Processor) (West Palm Beach, Florida), Samantha Torres (Loan Processor) (West Palm Beach, Florida) and Spencer Wiles (Loan Processor) (West Palm Beach, Florida) regularly worked more than 40 hours per workweek and did not receive overtime pay for all the hours that they worked in excess of 40. I believe this because I witnessed these Loan Employees working significant overtime hours. Notwithstanding the long hours, some of us discussed the fact that we did not get paid for all overtime hours worked as a result of NVR's policies.

22. I anticipate that if other Loan Employees, including for example Manuel Perez (Loan Officer) (West Palm Beach, Florida), Gloria Locke (Loan Officer) (West Palm Beach,

5

Florida), Maria Hun (Loan Officer) (West Palm Beach, Florida), Giovanni Alfonso (Loan Officer) (West Palm Beach, Florida), Erica Smith (Loan Processor) (West Palm Beach, Florida), Angelica Colon (Loan Processor) (West Palm Beach, Florida), Samantha Torres (Loan Processor) (West Palm Beach, Florida) and Spencer Wiles (Loan Processor) (West Palm Beach, Florida), were made aware of their right to receive overtime pay, they would likely come forward with claims for overtime compensation due. I believe this to be true because they worked significant overtime hours off-the-clock and without compensation, and we complained to one another about the long, uncompensated overtime hours regularly worked.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 05/26/2021

Signature

# EXHIBIT A

# Paolo Meireles

| | |
|---|---|
| **From:** | Hatch, Adair <ahatch@nvrinc.com> |
| **Sent:** | Monday, October 28, 2019 4:32 PM |
| **To:** | |
| **Subject:** | FW: MVP |

**Adair Hatch**
**Loan Officer, NVRM Florida**

-----

Phone: 571-353-0198
Fax: 561-828-5710

[NVRM Borrower Portal](#)

[Click Here to Pay Your Appraisal](#)

1450 Centrepark Boulevard, Suite 220
West Palm Beach, FL 33401
[ahatch@nvrinc.com](mailto:ahatch@nvrinc.com)
NVRMortgage.com

-----



---

**From:** Poquette, Victoria <VPOQUETT@ryanhomes.com>
**Sent:** Wednesday, August 7, 2019 1:58 PM
**To:** Lajewski, Norman <nlajewsk@nvrinc.com>; Staley, Carey <cstaley@nvrinc.com>; Imhoff (Lynn), Victoria <vimhoff@nvrinc.com>
**Subject:** MVP

I just wanted to send a quick email to recognize Adair's contribution to our team. She went above and beyond yesterday, coming to Vero and meeting with a prospect with me. She helped to problem solve the loan and make the customer feel comfortable in her qualifying ability. She even stayed until around 7 pm through the entire contract to make sure everything was moving forward. She is the reason that we were able to get that sale yesterday.

She is always able to create great relationships with my customers and we appreciate everything she does to help us sell homes ☺

Tori

**Victoria Poquette**
**Senior Sales & Marketing Representative**
**2017 President's Club Award for Excellence in Sales**
-----

Prequal – Prequal with Adair

Apply - Start Your Application with Adair

Hours: Mon: 1-6; Tues – Fri, 11-6; Sat: 11-6 Sun: 12-6

www.ryanhomes.com



Ryan Homes
------------------------------------------------
" We are pledged to the letter and spirit of U.S. policy for the achievement of equal housing opportunity throughout the nation. We encourage and support an affirmative advertising and marketing program in which there are no barriers to obtaining housing because of race, color, religion, sex, handicap, familial status, or national origin."

------------------------------------------------
If you do not wish to receive any further emails from this address, please reply to sender and ask to be removed from the mailing list.

Message classified as *NVR - Business Use Only* on Wednesday, August 7, 2019 1:58:33 PM

Message classified as *NVR - Business Use Only* on Monday, October 28, 2019 4:32:10 PM

Hatch 2

# EXHIBIT B

# Paolo Meireles

| | |
|---|---|
| **From:** | Hatch, Adair <ahatch@nvrinc.com> |
| **Sent:** | Monday, October 28, 2019 4:35 PM |
| **To:** | |
| **Subject:** | FW: Letter of appreciation |

**Adair Hatch**
**Loan Officer, NVRM Florida**

-----

Phone: 571-353-0198
Fax: 561-828-5710

NVRM Borrower Portal

Click Here to Pay Your Appraisal

1450 Centrepark Boulevard, Suite 220
West Palm Beach, FL 33401
ahatch@nvrinc.com
NVRMortgage.com

-----



Message classified as *NVR - Business Use Only* on Monday, October 28, 2019 4:34:29 PM

**From:** Staley, Carey <cstaley@nvrinc.com>
**Sent:** Wednesday, July 11, 2018 10:06 AM
**To:**
**Cc:** Hatch, Adair <ahatch@nvrinc.com>; Moore, Stephanie <stemoore@nvrinc.com>; Heskett, Shane <sheskett@nvrinc.com>
**Subject:** FW: Letter of appreciation

Good morning!
Thank you so much for your recognition email for Adair. Having worked with Adair for a few years, I can confirm that her focus is 100% on her homebuyers. I certainly hope that you are enjoying your new Ryan Home and again, I appreciate you sending this email. Many times, we only hear the tough feedback and it is great to hear all the positive feedback for Adair. She certainly deserves it and is a major asset to our buyers and our team in Florida.

Thank you again,

-Carey

_____

Hatch 3

**Carey Staley** | Branch Manager
P 407-458-5572 |
NVR Mortgage
Licensed by the State of Florida, MD DLLR, State of VA

Message classified as *NVR - Business Use Only* on Wednesday, July 11, 2018 10:05:54 AM

**From:** Hatch, Adair
**Sent:** Tuesday, July 10, 2018 10:13 AM
**To:** Staley, Carey <cstaley@nvrinc.com>
**Cc:** Moore, Stephanie <stemoore@nvrinc.com>; Heskett, Shane <sheskett@nvrinc.com>
**Subject:** FW: Letter of appreciation

Figured I would pass this on to you as it's technically for you all it appears lol. This is the Oakland spec we closed in 12 days!

**Adair Hatch**
**Loan Officer**
*Licensed by the State of VA & FL*

-----
Click here to apply with Adair online ---> *Apply with Adair*

*Click Here to Pay Your Appraisal*
-----

Fax: 561-828-5710
1450 Centrepark Blvd, Suite 340
West Palm Beach, FL 33401
ahatch@nvrinc.com
NVRMortgage.com
-----



Message classified as *NVR - Business Use Only* on Tuesday, July 10, 2018 10:12:28 AM

**From:**
**Sent:** Tuesday, July 10, 2018 9:41 AM
**To:** Hatch, Adair <ahatch@nvrinc.com>
**Subject:** [Ext] Letter of appreciation

Dear Supervisor of Adair Hatch

My name is ▓▓▓▓▓▓▓ (spouse ▓▓▓▓▓▓▓) on June 29th, 2018 we purchased a beautiful home with Ryan Homes. In the beginning we were very hesitant on leaving Quicken Loans. Adair really impressed us with her

Hatch 4

acceptance , tolerance and explanation of services. We have purchased several homes but never had someone who stopped and listened and took the time to address all of questions in an 2 hour phone call after hours. I want you to know that Adair is a major asset to your team and you did a great, job on selecting her for employment. Adair should be given a promotion to teach others on how to work effectively and professionally like her. She is the reason that NVR earned our trust. I must say she did not ask me to say any of this . I feel she needs to be recognized for going above and beyond. Adair is on of a kind and should be treated as such.

████████████████████████

Hatch 5