UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MELISSA COSSABOOM f/k/a MELISSA
COLLINS, ANN ADAIR HATCH, and
JESSICA PETTRY, on behalf of themselves and
all others similarly situated,

Case No. 9:21-cv-80627-AMC

                     Plaintiffs,

     -against-

NVR, INC. and NVR MORTGAGE FINANCE,
INC.,

                     Defendants.

## DECLARATION OF JOEL HUGHES

1.        I was employed by NVR, Inc. and/or NVR Mortgage Finance, Inc. ("NVR") from approximately April 2019 to August 2020 as a Loan Employee.[1]  Specifically, I was employed as a Loan Processor at NVR's location in Greenville, South Carolina.  I worked with approximately six Loan Officers and six Loan Processors at that location.

2.        As a Loan Employee, I was classified as non-exempt and eligible to receive overtime pay.  It is my understanding that all Loan Employees are classified as non-exempt and eligible to receive overtime pay.

**Duties as a Loan Employee**

3.        As a Loan Employee, my job was to assist NVR homebuyers with the mortgage application process.  My duties generally included speaking with customers to collect the information required by NVR for a loan and educating them about the process, collecting required documents, and submitting the loan paperwork to NVR's underwriting department for approval.

---

[1]        "Loan Employee" means Loan Officer or Loan Processor.

4.      When I was hired, I participated in training.  There were approximately 25 Loan Employees from various locations at that training.  I understand that all Loan Employees undergo similar training.

**Off-the-Clock Work**

5.      As a Loan Employee, NVR typically scheduled me to work 40 hours per week.  My typical scheduled hours were 8:00 a.m. to 4:30 p.m. Monday through Friday, with a scheduled 30-minute uncompensated meal break.

6.      Even though I was typically scheduled to work 40-hour workweeks, I regularly worked more than 40 hours per week and through uncompensated meal breaks.

7.      Including my scheduled time worked, time worked outside of my scheduled work hours, and time worked during unpaid meal breaks, I estimate that I typically worked an average of 45 hours weekly, or more, throughout my employment with NVR.  NVR's pay records should reflect the number of hours for which it paid me, but not the total hours I actually worked.

8.      Some of the overtime hours I worked for NVR was from home.  NVR provided Loan Employees with company-issued laptops and/or smartphones for work performed out of the office.  In fact, NVR provided me with a company issued laptop and monitors so that I could continue performing work from home.   For example, because I was responsible for connecting with home buyers at various times throughout the day and evening at their convenience to collect necessary information and documentation to process their loan, I often had to work from home after regular business hours to facilitate NVR's customers' schedules.

9.      My supervisors, including Matthew Placito (Sales Manager) and Alexis Williams (Operations Manager), communicated with me via phone calls, texts and email outside of regularly scheduled work hours regarding work-related matters.  For example, attached is Exhibit A is a true and correct copy of a text message conversation between Mr. Placito and me, which was sent

2

beyond my scheduled work hours and I believe that this amounted to uncompensated overtime hours worked with NVR's knowledge.   In one exchange, Mr. Placito even acknowledges the off-the-clock work and writes, "[s]orry to text you after hours. . . . If I don't message now I forget haha." *Id.* at 2.  Likewise, Exhibit B is a true and correct copy of a text message conversation with Ms. Williams, which was also sent beyond my scheduled work hours, which I believe amounted to unrecorded time worked.

10.     The performance demands NVR placed on Loan Employees required that I perform work outside of my scheduled 40-hour workweek.  While I knew I was unfairly denied overtime for the off-the-clock overtime hours that I was working, these additional off-the-clock overtime hours were necessary to meet the demands of my job.

**Timekeeping and Unpaid Overtime**

11.     NVR required me and other Loan Employees to record hours using timesheets. Absent occasional circumstances in which overtime was pre-approved, NVR prohibited us from recording more than 40 hours.  Additionally, we were prohibited from reflecting on our timesheets the time we regularly worked during uncompensated meal breaks.

12.     Even though I did not record overtime, my supervisors had knowledge of the overtime hours that I worked, as described above.  In fact, there were even weeks in which I submitted my timesheet to NVR for several weeks at a time and before the weeks were completed because I was only permitted to record up to 40 hours anyway.

13.     I understood that NVR maintained labor budgets to control the amount it paid employees.  As a result, it was NVR's policy to prohibit Loan Employees from recording overtime hours without approval.

14.     Approval for overtime was rarely, if ever, granted.  I do not recall any circumstance in which NVR approved overtime hours for me.  Instead, my supervisors, Mr. Placito

and Ms. Williams, would tell Loan Employees that they could work a shorter day later in the same week to avoid working overtime. However, due to the demands of the job, this was not possible and it was made clear by our supervisors that they did not actually encourage Loan Employees to accept this "flex time" option, but rather, work until the job was done.

15.     I believed that I would have been reprimanded or otherwise disciplined if I recorded all of the hours I worked because recording more than 40 hours per week without approval was in violation of NVR's policy, and pre-approval was rarely, if ever, given.

16.     I also believed that I would have been reprimanded or otherwise disciplined if I failed to complete all the work expected of me even when I was unable to complete that work in 40 hours or less per week.

**Other Loan Employees Similar to Me**

17.     Other Loan Employees performed similar duties as me. I know this because I worked alongside other Loan Employees at the Greenville office, such as Scotty McCauley (Loan Processor), Carlie Long (Loan Processor), Marshay Thomas (Loan Processor), Jessica (last name unknown) (Loan Processor), Vince (last name unknown) (Loan Processor), Justin Turner (Loan Processor), Vania (Last name unknown) (Loan Processor), Tyler Dean (Loan Processor), Jenn Goldsmith (Loan Officer), Crystal (last name unknown) (Loan Officer), Kendrick Johnson (Loan Officer), and Tinisha (last name unknown) (Loan Officer), and I witnessed them performing the same job duties as me. Further, we participated in conference calls during which we were instructed on NVR's expectations of us, regardless of location.

18.     Other Loan Employees, including Scotty McCauley (Loan Processor), Carlie Long (Loan Processor), Marshay Thomas (Loan Processor), Jessica (last name unknown) (Loan Processor), Vince (last name unknown) (Loan Processor), Justin Turner (Loan Processor), Vania (Last name unknown) (Loan Processor), Tyler Dean (Loan Processor), Jenn Goldsmith (Loan

4

Officer), Crystal (last name unknown) (Loan Officer), Kendrick Johnson (Loan Officer), and Tinisha (last name unknown) (Loan Officer), regularly worked more than 40 hours per workweek and did not receive overtime pay for all the hours that they worked in excess of 40.  I know that they worked overtime hours because I would regularly work alongside them before and after normal business hours and many would be there even before I arrived or after I left for the day.  I know that they were not paid for all of the overtime hours that they worked because we complained amongst each other about the fact that we were not being compensated for the overtime hours we were working.

19.     I anticipate that if other Loan Employees, including Scotty McCauley (Loan Processor), Carlie Long (Loan Processor), Marshay Thomas (Loan Processor), Jessica (last name unknown) (Loan Processor), Vince (last name unknown) (Loan Processor), Justin Turner (Loan Processor), Vania (Last name unknown) (Loan Processor), Tyler Dean (Loan Processor), Jenn Goldsmith (Loan Officer), Crystal (last name unknown) (Loan Officer), Kendrick Johnson (Loan Officer), and Tinisha (last name unknown) (Loan Officer), were made aware of their right to receive overtime pay, they would likely come forward with claims for overtime compensation due. I believe this to be true because they also worked overtime hours off-the-clock without compensation and we regularly complained to one another about NVR's policy of not paying wages for all overtime hours worked.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 10/07/2021 _____      _____
                                          Signature

# EXHIBIT A



‹  **Alexis**  📞  🔍  ⋮

Wednesday, October 2, 2019

> Hey Alexis, I told that borrower I would call right at 8 because they have a meeting they're going into at 830. I'd have to go forward with making the call if Tiyler isn't there. Is that fine?

19:19

Ⓐ  Yes. I will make sure she is there though. And rest assured, your reputation is fine. Please start your conversation with the borrower with an apology for the confusion over meeting this evening to give him an opportunity to let you know if he is frustrated.

19:35

> You're right, I will definitely do that. That will give me a good idea of how the borrower feels. But hopefully that is not an issue since he chose <u>8am</u> and I'm going in early to accommodate his schedule.

19:45



Hughes 3



**Alexis**

Monday, December 23, 2019

**A** Hey! Hope video went well! If you have a chance to peek at email tonight or tomm morninf6and see If that commitment comes thru, some uws are aworking tomm and I can upload. No worries either way tho.
17:18

Hi, thanks! It went great! I'm mostly glad to be done with school for a couple weeks lol

I'll take a look in just a minute here
17:57

Is USDA closed tomorrow?
18:12

**A** I'm not 100% sure
18:25

Tuesday, December 24, 2019

Hey Alexis, I've been checking periodical. Doesn't look like anything is comin through today

Hughes 4



< **Alexis** ☎ 🔍 ⋮

11:37 ▮though

Monday, March 9, 2020

Hey, would you let me know if we make it on Specht or not please?
17:35

A I will. Help desk has not responded - Justin was blocked from sending a new CD to clear the fail.
17:39

Friday, July 31, 2020

A Hey there, I apologize for reaching out, but your out of office is not on. Can you please set that up real quick so borrowers know who to contact?
09:42

I though I did that. Smh sorry, the banner is showing so my out of office is up now. Thanks!
10:23

A Perfect thank you! 10:23

Hughes 5

# EXHIBIT B

**Matthew Placito**

Wednesday, September 4, 2019

Hey man, don't worry about that email I sent you on Holiday
17:11

M Is it all good? 17:12

Yeah, it'll be fine. I just gotta get her on the phone
17:13

M Cool just let me know if you need me man I don't mind putting her in her place 17:15

Haha cool man. I'll let you know if she's totally unreasonable
17:18

M Yes sir 17:18

Monday, September 16, 2019

M I got Lynnette ▮▮▮▮ all on board 18:04

Perfect, well done man! I'll send the doc req out first

Hughes 1

**Matthew Placito**

board                                    18:04

Perfect, well done man! I'll send the doc req out first thing in the morning
18:10

M  Thanks man I appreciate it!

Sorry to text you after hours    18:41

Absolutely!

Oh, don't worry ab that
18:42

M  If I don't message now I forget haha
18:49

Lol I hear you. I've started emailing myself for the same reason
18:54

M  Yep. Too many things going on lol
18:55

18:56  No lie

Tuesday, September 24, 2019

Hughes 2